# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 16, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

162246(67)(68)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

MICHAEL F. MOORE,
   Plaintiff-Appellant,

v

KATHLEEN R. GLYNN,
   Defendant-Appellee.

_____/

SC: 162246
COA: 349505
Antrim CC: 13-006629-DO

   On order of the Chief Justice, the motions for the temporary admission of out-of-state attorneys Bonnie Rabin and Timothy James to appear and practice in this case under MCR 8.126(A) are GRANTED.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

   December 16, 2020



       Clerk